```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│             CIVIL DOCKET ENTRIES FOR CASE A01-0195--CV (HRH)            │
│               "WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"            │
├─────────────────────────────────────────────────────────────────────────┤
│             Including terminated parties, excluding terminated counsel  │
└─────────────────────────────────────────────────────────────────────────┘
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 06/29/01
            Closed: 10/11/01

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (410) Antitrust
                    28 USC 1332
            Origin: (2) Removed from State Court
            Demand:
        Filing fee: Paid $150.00 on 06/29/01 receipt # 00114995
          Trial by: Court
```

Parties of Record:                         Counsel of Record:
───────────────────────────────────────────────────────────────────────

PLF 1.1           WELD AIR ALASKA INC           Peter E. Gruenstein
                                                Gruenstein Hickey et al
                                                500 L Street, Suite 401
                                                Anchorage, AK 99501
                                                907-258-4338

                                                Peter J. Maassen
                                                Ingaldson Maassen
                                                813 W. 3rd Avenue
                                                Anchorage, AK 99501-2001
                                                907-258-8750
                                                FAX 907-258-8751

PLF 2.1           GREER TANK INC                Peter E. Gruenstein
                                                (see above)

                                                Peter J. Maassen
                                                (see above)

PLF 3.1           ALASKA PUBLIC INTEREST RESEARCH   Peter E. Gruenstein
                  GROUP INC                         (see above)

                                                Peter J. Maassen
                                                (see above)

DEF 1.1           AIRGAS INC                    James N. Leik
                                                Perkins Coie
                                                1029 W. 3rd Avenue, Suite 300
                                                Anchorage, AK 99501
                                                907-279-8561
                                                FAX 907-276-3108

```
┌─────────────────────────────────────────────────────────────────────────┐
│           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA       │
│           CIVIL DOCKET PARTY INFORMATION FOR CASE A01-0195--CV (HRH)    │
│                "WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"           │
├─────────────────────────────────────────────────────────────────────────┤
│            Including terminated parties, excluding terminated counsel   │
└─────────────────────────────────────────────────────────────────────────┘
```

| Parties of Record: | Counsel of Record: |
|---|---|
|  | Joseph M. McMillan<br>Perkins Coie LLP<br>1201 3rd Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>206-583-8888 |
|  | Thomas L. Boeder<br>Perkins Coie LLP<br>1201 3rd Avenue, 48th Floor<br>Seattle, WA 98101-3099<br>206-583-8888 |
| DEF 2.1    AIR LIQUIDE AMERICA CORP | James N. Leik<br>(see above) |
|  | Joseph M. McMillan<br>(see above) |
|  | Thomas L. Boeder<br>(see above) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A01-0195--CV (HRH)
                         "WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"

                                         For all filing dates
```

```
   Presiding Judge:  The Honorable H. Russel Holland, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
              Filed: 06/29/01
             Closed: 10/11/01

       Jurisdiction: (3) Federal Question (US Govt not a Party)
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (410) Antitrust
                     28 USC 1332
             Origin: (2) Removed from State Court
             Demand:
         Filing fee: Paid $150.00 on 06/29/01 receipt # 00114995
           Trial by: Court
```

```
Document #   Filed       Docket text

   1 -   1   06/29/01    DEF 1-2 Notice of Removal of state court action 3AN-01-8491CI w/att
                         exhs.

   2 -   1   06/29/01    DEF 1-2 Notice to plf of filing of notice of removal w/att exh.

   3 -   1   06/29/01    HRH Minute Order subsequent to removal; that w/in 10 days petitioner to
                         file copies of state court docs & svc list. cc: cnsl

   4 -   1   07/02/01    PLF 1-3 motion for temporary restraining order w/att memo, cys of affs
                         of Shell Ewing, Stephen Helms, & Peter Gruenstein

   5 -   1   07/02/01    HRH Order that plfs to file appropriate supp memo addressing 9CCS
                         balancing test by COB 7/3/01; defs' opp to mot for TRO due noon 7/5/01;
                         any reply by noon 7/6/01; oral argument on TRO set for 7/6/01 at 3:00.
                         cc: cnsl

   6 -   1   07/02/01    DEF 2 Answer to Complaint.

   7 -   1   07/03/01    PLF 1-3 Supplemental memo re: PLF 1-3 motion for temporary restraining
                         order (4-1) w/affs & notice of filing unsigned aff

   8 -   1   07/05/01    PLF 1-3; DEF 1-2 Stipulation that defs agree not to complete acquisition
                         prior to 8/1/01; plfs w/d mot for TRO w/o prejudice; & that 7/6/01
                         hearing not be vacated but be used for scheduling purposes.

   8 -   2   07/05/01    HRH Order granting stip; withdrawing motion for temporary restraining
                         order (4-1); o/a for 7/6/01 will be a status conf in chambers at 3:00
                         pm. cc: cnsl

   9 -   1   07/09/01    DEF 1-2 Notice of filing copies of state court records and proceedings
                         w/att exhs.

  10 -   1   07/09/01    DEF 1-2 Service List

  11 -   1   07/11/01    HRH Order re: case status; plf's mot for PI due 7/20/01, opp by 7/25/01;
                         reply by 7/30/01; hearing on PI set for 7/31/01 at 3:00. cc: cnsl
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                        CIVIL DOCKET ENTRIES FOR CASE A01-0195--CV (HRH)
                         "WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"
```
For all filing dates

```
Document #    Filed       Docket text

   12 -   1   07/11/01    PLF 1-3 Return of Service Executed re: DEF 1 & 2 on 6/28/01 w/att exh.

   13 -   1   07/17/01    PLF 1-3; DEF 1-2 Stipulation and protective order

   14 -   1   07/20/01    PLF 1-3 motion for preliminary injunction w/2 att memos, one under seal.

   13 -   2   07/23/01    HRH Order granting stipulation Stipulation and protective order (13-1)
                          cc: cnsl

   15 -   1   07/25/01    {SEALED}

   16 -   1   07/26/01    DEF 1 Answer to Complaint.

   17 -   1   07/27/01    PLF 1-3 Affidavit (original signed) of Stephen Helms re: PLF 1-3 motion
                          for preliminary injunction (14-1) w/att aff.

   18 -   1   07/30/01    {SEALED}

   19 -   1   07/31/01    {SEALED}

   20 -   1   07/31/01    PLF 1-3 Notice of filing signed aff re: reply to oppo to mot for prelim
                          injunction.

   21 -   1   07/31/01    PLF 1-3 Affidavit of Michael Harris re: PLF 1-3 motion for preliminary
                          injunction (14-1)

   22 -   1   08/01/01    HRH Court Minutes [ECR: Denali Elmore] re Hrg on Motion for Preliminary
                          Injunction (held 7/31/01); taking under advisement motion for
                          preliminary injunction (14-1). cc: cnsl

   23 -   1   08/02/01    HRH Order granting motion for preliminary injunction (14-1), effective
                          upon plf posting $5000 cost bond. cc: cnsl, Finance

   24 -   1   08/02/01    HRH Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                          due w/i 21 days. cc: cnsl

   25 -   1   08/03/01    DEF 1-2 motion to modify the preliminary injunction w/att proposed PI,
                          exhs

   26 -   1   08/03/01    DEF 1-2 motion for shortened time re #25.

   27 -   1   08/03/01    HRH Minute Order granting motion for shortened time (26-1); any opp to
                          mot to modify PI (#25) to be filed by 8/8/01. cc: cnsl

   28 -   1   08/03/01    PLF 1-3 Response to Order re: certificate of cash deposit $5,000
                          (00115268).

   29 -   1   08/08/01    PLF 1-3 opposition to DEF 1-2 motion to modify the preliminary
                          injunction (25-1).

   30 -   1   08/08/01    DEF 1-2 Affidavit (original) of Mark Bradley re: oppo to PLF 1-3 motion
                          for preliminary injunction (14-1).

   31 -   1   08/08/01    DEF 1-2 Affidavit (original) re: Leslie J. Graff re: oppo to PLF 1-3
                          motion for preliminary injunction w/2 (14-1).
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CIVIL DOCKET ENTRIES FOR CASE A01-0195--CV (HRH)
                        "WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"

                                    For all filing dates
```

```
Document #    Filed      Docket text

   32 -   1  08/09/01   DEF 1-2 reply to opposition to DEF 1-2 motion to modify the preliminary
                        injunction (25-1)

   33 -   1  08/13/01   HRH Order denying motion to modify the preliminary injunction (25-1).
                        cc: cnsl

   34 -   1  08/14/01   {SEALED}

   34A-   1  08/14/01   PLF 1-3 Affidavit (signed) of Shell Ewing re: PLF 1-3 motion for
                        preliminary injunction w/(14-1)(not under seal).

   35 -   1  08/15/01   HRH Minute Order setting status conf for 8/16/01 at 11:30 a.m., in
                        chambers; tel ok. cc: cnsl

   36 -   1  08/16/01   HRH Minute Order re the status conf prev set for 8/16/01 at 11:30 a.m.
                        is RESET for 9:15 a.m. cc: cnsl

   37 -   1  08/17/01   HRH Order setting further status conf on 11/6/01 at 8:30; TBC set for
                        11/26/01 at 8:30; 10 days; responses to 16b MO due as noted. cc: cnsl

   38 -   1  08/21/01   PLF 1-3 motion to certify class (action) w/att memo & affs

   39 -   1  08/23/01   PLF 1-3; DEF 1-2 16b status report

   40 -   1  08/29/01   HRH Scheduling and Planning Order setting pretrial deadlines: Original
                        discovery 11/16/01; Dispositive motions deadline 11/07/01. cc: cnsl

   41 -   1  08/29/01   HRH Minute Order setting further status conference for 11/6/01 at 8:30.
                        cc: cnsl

   42 -   1  09/05/01   PLF 1-3 Affidavit (original) of Peter Gruenstein re: PLF 1-3 motion to
                        certify class (action) (38-1).

   43 -   1  09/05/01   {SEALED}

   44 -   1  09/12/01   DEF 1-2 Application re: non-resident attorney Joseph McMillian w/lcl
                        cnsl J. Leik.

   45 -   1  09/12/01   DEF 1-2 Application re: non-resident attorney Thomas L. Boeder w/lcl
                        cnsl James Leik.

   46 -   1  09/13/01   PLF 1-3; DEF 1-2 Stipulation for ext to 9/19/01 to file reply to mot to
                        certify class

   46 -   2  09/14/01   Order granting stipulation for ext to 9/19/01 to file reply to mot to
                        certify class (46-1). cc: cnsl

   44 -   2  09/17/01   JKS Order granting #44. cc: cnsl

   45 -   2  09/17/01   JKS Order granting #45. cc: cnsl

   47 -   1  09/17/01   PLF 1-3; DEF 1-2 Stipulation for ext to 9/24/01 to file preliminary
                        witness lists

   48 -   1  09/18/01   PLF 1-3 motion to amend w/att proposed amended complaint.
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET ENTRIES FOR CASE A01-0195--CV (HRH)
"WELD AIR ALASKA INC ET AL V AIRGAS INC ET AL"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 49 - 1 | 09/19/01 | PLF 1-3 Withdrawal of motion to certify class. |
| 49 - 2 | 09/19/01 | Clerk's Notice withdrawing motion to certify class (38-1). |
| 50 - 1 | 09/19/01 | PLF 1-3; DEF 1-2 Stipulation to continue date to amend pleadings to 9/24/01 |
| 51 - 1 | 09/24/01 | PLF 1-3; DEF 1-2 Stipulation to file preliminary witness lists to 10/1/01 |
| 47 - 2 | 09/27/01 | JKS Order granting stipulation for ext to 9/24/01 to file preliminary witness lists (47-1). cc: cnsl |
| 50 - 2 | 09/27/01 | JKS Order granting stipulation to continue date to amend pleadings to 9/24/01 (50-1). cc: cnsl |
| 51 - 2 | 09/27/01 | JKS Order granting stipulation to file preliminary witness lists to 10/1/01 (51-1). cc: cnsl |
| 52 - 1 | 10/01/01 | PLF 1-3 Preliminary Witness List. |
| 53 - 1 | 10/03/01 | PLF 1-3; DEF 1-2 Stipulation to dismiss |
| 54 - 1 | 10/11/01 | JKS Order granting stipulation to dismiss w/prejudice; $5000 bond to be released to Ingaldson Maassen; crt maintains jurisdiction for purpose of enforcement of injunction (53-1). cc: cnsl, Finance |
| 55 - 1 | 10/12/01 | HRH Minute Order vacating FPTC & TBC, and denying as moot mot at #48. cc: cnsl |
| 56 - 1 | 10/19/01 | PLF 1-3 motion for release of cash bond of $5,000. |
| 57 - 1 | 10/25/01 | JWS Order granting motion for release of cash bond of $5,000. (56-1). cc: cnsl, Finance |